AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF IOWA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:18-cr-190-RGE-CFB |
| Robert Joe Hennings | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United States Courthouse | Courtroom No.: 460 |
|---|---|
| | Date and Time: Sept 11, 2018 @ 4:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 9-6-2018

*Judge's signature*

Helen C. Adams, Chief U.S. Magistrate Judge
*Printed name and title*