UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>ROBERT JOE HENNINGS,<br><br>     Defendant. | Case No. 4:18-cr-190<br><br>MOTION TO WITHDRAW AS COUNSEL DUE TO CONFLICT |
|---|---|

COMES NOW, Timothy S. Ross-Boon of the Federal Public Defender's Office and respectfully requests the court's permission to withdraw as attorney for Defendant, Robert Joe Hennings. Attorney Aaron Hamrock has filed a Notice of Appearance in this case.

Respectfully submitted,

 */s/ Timothy S. Ross-Boon*
Timothy S. Ross-Boon
Assistant Federal Defender
FEDERAL DEFENDER'S OFFICE
Capital Square, Suite 340
400 Locust Street
Des Moines, Iowa 50309-2360
TELEPHONE:  (515) 309-9610
TELEFAX:  (515) 309-9625
E-MAIL: Timothy_Rossboon@fd. org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2018, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

 */s/Mindy Guynn*