## United States District Court for the Southern District of Iowa

Presiding: Honorable Judge Rebecca Goodgame Ebinger
Criminal No. 4:18-cr-00190-RGE-CFB  : Clerk's Court Minutes – Sentencing

---

### UNITED STATES OF AMERICA VS. ROBERT JOE HENNINGS

---

Gov. Atty(s): Craig P. Gaumer
Def. Atty(s): Aaron D. Hamrock
Court Reporter: Chelsey Wheeler
Interpreter: N/A

Date: November 10, 2020
Time Start: 11:31 a.m. Time End: 2:57 p.m.

: ✓ Indictment    Superseding Indictment    Information
: In    Count(s) – Code Violation:
18 U.S.C. §§ 2252(a)(2), 2252(b)(1) Distribution of Child Pornography (1 & 2); 18 U.S.C. §§ 2252(a)(2), 2252(b)(1) Receipt of Child Pornography (3); 18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2) Possession of Child Pornography (4)

---

✓ Defendant reaffirmed guilty plea to Count(s) 3
  Jury    Court guilty verdict to Count(s)

: Court adopted findings of Final PSR
: ✓ Final PSR as amended

---

**Minutes:**

Defendant appears with counsel  USPO Officer Nicholas Roth present  Court discusses Defendant's motion to continue filed on November 6, 2020 and determines record is sufficient to sentence Defendant and further delay would not serve interests of justice  Parties discuss Defendant's FOIA request  Government responds FOIA request is not currently open, offering Government's Exhibit 4  Defendant confirms guilty plea  Court holds colloquy with Defendant  At 11:45 a m , parties discuss PSR  Government states it no longer relies on ¶ 25(v) and ¶ 33 of the PSR, and Court does not consider for sentencing  At 11:48 a m , Defense objects to factual findings and makes proffers to statements in PSR including: that Defense was not knowingly involved with persons who produce child pornography in ¶ 14, ¶ 20; that statements in ¶¶ 22 and 37 did not reflect Defendant's actual intentions; that no actual images were contained in the Dropbox, only URLs and bookmarks; and that the trip mentioned in ¶ 36 was a school-sponsored trip to Sri Lanka with a layover in Qatar  Defendant objects that he did not make the last two statements attributed to him in ¶ 38 of the PSR  Court does not consider the objected-to statements  Defense objects to the total number of images attributed to him in ¶ 39  Defense objects to the restitution order requested in ¶ 43  At 12:17 p m , Court discusses factual objections of PSR with Defendant  At 12:20 p m , Court takes recess for Defendant to discuss PSR with counsel  At 12:43 p m , Court discusses PSR with Defendant  At 12:59 p m , Defendant agrees information in PSR outside of Defense's objections is accurate  At 1:00 p m , Government responds to Defense's objections, relying on Government's Exhibit 1  At 1:04 p m , Court overrules Defense's objection to ¶ 20, finding Government's Exhibit 2 dispositive  Court overrules Defense objection to ¶ 25 in light of Government's Exhibit 1  Court overrules Defense objections to ¶¶ 27 and 28 based on the affidavit in Government Exhibits 1 and 3 and ¶ 23 of PSR  Court overrules objection to ¶ 39 in light of Government Exhibit 1  At 1:13 p m , Court addresses sentencing guidelines  Total Offense Level = 40; Criminal History Category = I; Guideline Imprisonment Range = 240 months  Defense objects to guidelines calculations set forth in ¶¶ 49, 50, 52, and 58  At 1:18 p m , Government presents argument on appropriate sentence and applicable enhancements  At 1:22 p m , Defense argues against enhancement for valuable consideration and omission of reduction for accepted responsibility  At 1:30 p m , Court overrules Defendant's objections, finding Defendant distributed images for valuable consideration, has not accepted responsibility, and enhancements apply  At 1:40 p m , parties address restitution  Government offers restitution documents into evidence  At 1:44 p m , Defense argues against restitution request  At 1:50 p m , Court orders restitution  At 2:00 p m , Defense presents argument on appropriate sentence  At 2:04 p m , Defendant makes statements to Court concerning FOIA request and other case information  At 2:19 p m , the Defendant allocutes  At 2:36 p m , Court pronounces sentence  At 2:51 p m , Government addresses restitution victim in Government Exhibit R-B  Court finds ¶ 41 of PSR should be corrected and restitution entered for omitted victim  At 2:56 p m , Defendant is advised of appeal rights

---

**Sentence Imposed:**

Defendant is sentenced to a term of imprisonment for 240 months as to Count 3. Upon release, Defendant shall serve a supervised release term of 20 years. Restitution ordered in the amount of $15,000. $100 Special Assessment to the Crime Victims' Fund Assessment. Court orders forfeiture in accordance with the preliminary order of forfeiture.

Counts 1, 2, and 4 are dismissed on the Government's motion. Defendant is remanded into the custody of the United States Marshal to a designated BOP institution.

/s/Rachel Cheng
Deputy Clerk