IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. ROBERT JOE HENNINGS, Defendant. | No. 4:18-cr-00190-RGE-CFB<br><br>**SENTENCING HEARING EXHIBIT LIST** |
|---|---|

# GOVERNMENT EXHIBITS

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | DCI Special Agent Affidavit | X | X |  | X |  |  | 11/10/2020 |
| 2 | Recorded Interview Transcript | X | X |  | X |  |  | 11/10/2020 |
| 3 | Forensics Analysis | X | X |  | X |  |  | 11/10/2020 |
| 4 | BOP Letter | X | X |  | X |  |  | 11/10/2020 |
| R | Restitution Documents | X | X |  | X |  |  | 11/10/2020 |

# DEFENSE EXHIBITS

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
|  | None |  |  |  |  |  |  |  |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

1